UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In the Matter of<br>ARBITRATION OF DISPUTES<br><br>between<br><br>LAUNDRY, DRY CLEANING WORKERS AND<br>ALLIED INDUSTRIES HEALTH FUND, UNITE HERE! and<br>LAUNDRY, DRY CLEANING WORKERS AND<br>ALLIED INDUSTRIES RETIREMENT FUND, UNITE HERE!,<br>Petitioners,<br><br>and<br><br>MULTI-PAK CORPORATION,<br>Respondent. | NOTICE OF PETITION<br>08 CIV. 3789 (CM) |

Sir(s):

**PLEASE TAKE NOTICE**, that upon the annexed Petition of David C. Sapp, Esq. duly verified the 2nd day of June 2008, and the accompanying Memorandum of Law, the undersigned will Petition this Court, before the Honorable Colleen McMahon, on the ___ day of _____ 2008, at ____ A.M./P.M., in the morning of that day, or as soon thereafter as counsel may be heard, for an order confirming the arbitration award of Philip Ross, dated December 20, 2007, and granting the Petitioners judgment in the amount of $2,734.27 together with the interest on the principal amount from the date of the Arbitration Award to the date of the judgment, plus costs and such other and further relief as in the premises may be just.

Dated:   June 2, 2008
         New York, New York

                                    Yours, etc.

                                    David C. Sapp, Esq. – DS 5781
                                    Attorney for Petitioners
                                    730 Broadway, 9th Floor
                                    New York, New York 10003
                                    (212) 539-5576

To:   Multi-Pak Corporation
      180 Atlantic Street
      Hackensack, New Jersey 07601