UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
In the Matter of
ARBITRATION OF DISPUTES

    Between
LAUNDRY, DRY CLEANING WORKERS AND
ALLIED INDUSTRIES HEALTH FUND, UNITE
HERE! and LAUNDRY, DRY CLEANING WORKERS
AND ALLIED INDUSTRIES RETIREMENT FUND,
UNITE HERE!,
          Petitioner
    and
MULTI-PAK CORPORATION,
          Respondent.
-----------------------------------------------------------X

JUDGE McMAHON
Index No. 08 CIV 3789

AFFIDAVIT OF SERVICE

STATE OF NEW YORK  )
                      S.S.:
COUNTY OF NEW YORK)

       TIMOTHY M. BOTTI, being duly sworn, deposes and says that he is over the age of eighteen years, is employed by the attorney service, DLS, INC., and is not a party to this action.

       That on the 11th day of June 2008, at approximately 3:00 p.m., deponent served a true copy of the **NOTICE OF PETITION, PETITION TO CONFIRM ARBITRATION AWARD AND MEMORANDUM OF LAW IN SUPPORT OF PETITION TO CONFIRM ARBITRATION AWARD** upon Neil Cavanaugh at 180 Atlantic Street, Hackensack, NJ 07601, by personally delivering and leaving the same with Neil Cavanaugh at that address. At the time of service, deponent asked Neil Cavanaugh whether he is in active military service for the United States of America or for any state in the United States in any capacity whatever or dependent upon a person in active military service and received a negative reply.

       Neil Cavanaugh is a white male, approximately 67 years of age, stands approximately 6 feet 0 inches tall and weighs approximately 225 pounds with balding white hair and blue eyes. He has a mustache.

_____
TIMOTHY M. BOTTI #843358

Sworn to before me this
13th day of June 2008

_____
NOTARY PUBLIC

JONATHAN T. RIPPS
NOTARY PUBLIC - STATE OF NEW YORK
NO. 01RI6109718
QUALIFIED IN NEW YORK COUNTY
COMMISSION EXPIRES MAY 17, 2012