**△ UNITE HERE Fund Administrators**
*An Affiliate of Amalgamated Life*

UNITE HERE Fund Administrators, Inc.

730 Broadway
New York, NY 10003-9511
212-539-5000
fax: 212-387-0710

**MEMO ENDORSED**

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/16/08

June 18, 2008

BY HAND DELIVERY

Honorable Colleen McMahon
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: Laundry, Dry Cleaning Workers and Allied Industries Health Fund, UNITE HERE! and Laundry, Dry Cleaning Workers and Allied Industries Retirement Fund, UNITE HERE! vs. Multi-Pak Corporation
Index No. 08 Civ. 3789 (CM)

Dear Judge McMahon:

Enclosed is a courtesy copy of the Notice of Petition, Petition to Confirm Arbitration Award, Memorandum of Law in Support of Petition to Confirm Arbitration Award and an Affidavit of Service.

The Court's considerations are appreciated.

Respectfully submitted,

David C. Sapp, Esq. (DS 5781)

Enclosures

*[Handwritten endorsement:]* 7/16/08 — The petition is granted on default. The Clerk to enter judgment confirming the arbitration award in the amount of $7734.27, plus interest and liquidated damages from the date of the award. Counsel shall forward a form of judgment to the Clerk.